UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:18-cr-148-LSC |
| ORLANDO MOZZELL POWELL, | ) | |
| Defendant. | ) | |

MEMORANDUM OF OPINION AND ORDER

The defendant has filed a motion to suppress. (Doc. 19.) The Government responded in opposition. (Doc. 28.) The magistrate judge held an evidentiary hearing on the motion and subsequently filed a report and recommendation, recommending that the motion be denied. (Doc. 35.) No objections were filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, the recommendation is ACCEPTED. Consequently, the motion to suppress (doc. 19) is hereby DENIED.

**DONE** AND **ORDERED** ON AUGUST 16, 2018.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704