**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:18cr148-MHT** |
| | ) | **(WO)** |
| **ORLANDO MOZELL POWELL** | ) | |

**ORDER**

Upon consideration of the defendant Orlando Mozell Powell's "Motion for Appropriate Acceptance of Responsibility" (Doc. 71), it is ORDERED that the motion is denied. The court does not have authority to grant such a motion after sentencing.

DONE, this the 12th day of April, 2021.

                                           /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**